EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Alexis Iván Avilés Vega | 2000 TSPR 136 |

Número del Caso: TS-8472

Fecha: 22/09/2000

Abogado de la Parte Peticionaria:

Por Derecho Propio

Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Alexis Iván Avilés Vega                TS-8472

Sala Especial de Verano integrada por el Juez Presidente señor Andréu García y los Jueces Asociados señores Hernández Denton, Corrada del Río y Rivera Pérez.


RESOLUCION

San Juan, Puerto Rico, a 22 de septiembre de 2000.

Vista la Moción Solicitando Remedio presentada el 29 de agosto de 2000 por Alexis Iván Avilés Vega y la Moción Informativa presentada el 31 de agosto de 2000 por la Lcda. Carmen H. Carlos, Directora de la Oficina de Inspección de Notarías, se ordena la reinstalación de Alexis Iván Avilés Vega al ejercicio de la abogacía y la notaría.

Por las razones expuestas por la Directora de la Oficina de Inspección de Notarías, se le autoriza a ésta a aprobar el Protocolo de 1990. Una vez el notario cumpla con los trámites para reanudar la práctica de la notaría, deberá corregir la deficiencia subsistente en el Protocolo de 1991 e informar a este Tribunal sobre dicha gestión.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo